**Florencio ESQUIVEL–LARA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–72633.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 9, 2014.

Filed April 17, 2014.

Kanwal Minder Singh, Esquire, Law Office of Kanwal Singh, Modesto, CA, for Petitioner.

646

Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Jeffery R. Leist, U.S. Department of Justice, Washington, DC, for Respondent.

Before: SCHROEDER and CALLAHAN, Circuit Judges, and PRATT, Senior District Judge.*

MEMORANDUM **

Petitioner, Florencio Esquivel–Lara, a native and citizen of Mexico, seeks review of the decision of the Board of Immigration Appeals ("BIA") that he was not eligible for adjustment of status. To qualify, he had to have been "admitted" within the meaning of 8 U.S.C. § 1255(a).

Petitioner had previously adjusted his status to that of a temporary resident, but failed to apply for permanent resident status within forty-three months as required by 8 U.S.C. § 1255a(b)(2)(C). The parties now agree that this case is controlled by our court's recent decision in *United States v. Hernandez–Arias*, 745 F.3d 1275, 12–50193, 2014 WL 1099414 (9th Cir. March 21, 2014), where we held that such failure to apply for adjustment to permanent residence results in reversion to the prior "unadmitted" status.

Accordingly, the petition must be DE-NIED.

---

* The Honorable Robert W. Pratt, Senior United States District Judge for the Southern District of Iowa, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.